# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 3:18mj 00137 (DJN) |
| | ) |
| v. | ) |
| J.E.H., Male Juvenile | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

    1. The defendant, a minor child, was on Fort Lee, Virginia, in the Eastern District of Virginia.

    2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 7312802)

    On or about July 13, 2018, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, a minor child, did recklessly drive in such a manner to endanger the life, limb,

or property of any person, to wit: while operating a vehicle on the outbound lane of A

Avenue gate, the minor child, failed to properly control his vehicle, veering toward

incoming traffic and striking a light pole.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of

Virginia, as amended, Section 46.2-852.)


G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY


By: _____/s/_____

Matthew S. Rich
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1542
Fax: (804) 765-1950
matthew.s.rich7.mil@mail.mil

2